# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 25-00157 (MJD/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Kier Shawn Johnson, Jr., | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated September 5, 2025. No objections have been filed to that Report and Recommendation in the time period permitted.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge David T. Schultz dated September 5, 2025.

**IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated September 5, 2025 **[Doc. 31]**;

2. Defendant's Motion to Suppress **[Doc. 22]** is **GRANTED**; and

3. Any physical evidence seized during the February 5, 2025 search of the apartment located at 3940 Peter's Place in Columbia Heights, Minnesota is **SUPPRESSED**.

Dated: October 8, 2025

s/Michael J. Davis
Michael J. Davis
United States District Court