**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
*Criminal No. 25-CR-157(MJD/DTS)*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Kier Shawn Johnson Jr.,<br><br>Defendant | ) ) ) ) ) ) ) ) | DEFENDANT'S MOTION FOR A A VARIANCE |

The Defendant, by and through his counsel, respectfully moves the Court for a variance from the sentencing guidelines.

This motion is made upon all the files and pleadings herein, the Defendant's position with regard to sentencing, and upon further points and authorities as may subsequently be presented to the Court.

Dated: July 2, 2026

Respectfully submitted,

By: /s/ Patrick L. Cotter
SIEBEN & COTTER, PLLC
Attorney No. 0319120
Attorney for Defendant
105 Hardman Court Suite 110
South St. Paul, MN 55075